ANDREW L. PACKARD (Cal. Bar No. 168690)
MICHAEL P. LYNES (Cal. Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
California Sportfishing Protection Alliance

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation;<br><br>Plaintiff,<br><br>vs.<br><br>PETALUMA LIVESTOCK AUCTION YARD, INC., a corporation, and MANUEL A. BRAZIL, an individual; LAWRENCE JOHNSON; and GREENKO, INC.<br><br>Defendants. | Case No. C-06 6725 CW<br><br>STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)] |

**WHEREAS,** beginning on or about August 1, 2006, CSPA provided notice of alleged violations of the General Permit by Defendants and of CSPA's intention to file suit against Defendants ("Notice") under the Clean Water Act §505, 33 U.S.C. §1365;

**WHEREAS**, on October 30, 2006 CSPA filed its Complaint in this action, entitled *California Sportfishing Protection Alliance v. Petaluma Livestock Auction Yard, et al.,* Case No. C-06 6725 CW;

**WHEREAS**, CSPA and Defendants, through their authorized representatives and without either adjudication of CSPA's claims or admission by Defendants of any alleged violation or

STIPULATION TO DISMISS WITH PREJUDICE;                    CASE NO. C-06 6725 CW
[PROPOSED] ORDER                           1

other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation;

**WHEREAS,** a copy of the Consent Judgment entered into by and between CSPA and Defendants is attached hereto as Exhibit A and incorporated by reference;

**WHEREAS**, on or about June 4, 2007, the parties submitted the Consent Judgment via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and each of these agencies has confirmed its receipt of same effective June 11th;

**NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) upon the expiration of the 45-day review period set forth at 40 C.F.R. § 135.5.  The parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with paragraph 12 of the Consent Judgment, the parties also request that this Court retain and have jurisdiction over the Parties with respect to disputes arising under the agreement.

Dated: _____	LAW OFFICES OF ANDREW L. PACKARD


By: _____
Andrew L. Packard
Attorney for Plaintiff


Dated: _____	POLLOCK & JAMES


By: _____
Mark Pollock
Attorney for Defendants

STIPULATION TO DISMISS WITH PREJUDICE;	CASE NO. C-06 6725 CW
[PROPOSED] ORDER	2

**ORDER**

1

2     Good cause appearing, and the parties having stipulated and agreed,

3     **IT IS HEREBY ORDERED** that Plaintiff California Sportfishing Protection

4  Alliance's claims herein are hereby dismissed with prejudice.

5     **IT IS FURTHER ORDERED** that the Court shall retain and have jurisdiction

6  over the Parties with respect to disputes arising under the agreement attached to the parties'

   Stipulation to Dismiss as Exhibit A.

7

8

9     8/1/07                              *[signature]*

10  Dated: _____        _____
                                        United States District Court Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28